UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN R. JOHNSON; MARILYN J.<br>JOHNSON; REMACH CHAPLET, INC.,<br>individually and d/b/a COTTMAN<br>TRANSMISSION CENTER,<br><br>        Defendants. | 2:06-cv-2515-GEB-KJM<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On February 6, 2007, Plaintiff filed a Notice of Settlement indicating "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than March 1, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A

///

///

///

1  failure to file dispositional papers on the date prescribed by the
2  Court may be grounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  February 6, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```